# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:06CV463-H

| | |
|---|---|
| **INTERA CORPORATION and INTERA TECHNOLOGIES, INC.,** | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) ) |
| **GEORGE HENDERSON, III, et. al.,** | ) ) ) |
| **Defendants.** | ) ) ) ) |

**ORDER**

**THIS MATTER** is before the Court on the Plaintiffs' "Motion for Admission Pro Hac Vice" (document #3) filed November 9, 2006. For the reasons set forth therein, the motion will be **GRANTED** and William Kennerly Burger and M. Keith Siskin shall be admitted pro hac vice.

Pursuant to Local Rule 83.1(B), counsel shall each remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: November 9, 2006

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge